# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CLUB LEVEL, INC.; and RYAN FILA a single man,

*Plaintiff*

v.

CITY OF WENATCHEE, a municipal corporation WENATCHEE POLICE DEPARTMENT, an agency of the City of Wenatchee, et al.,

*Defendant*

Civil Action No.  CV-12-0088-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered for Defendants on Plaintiffs' Due Process, Fourth Amendment and First Amendment claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: August 1, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer