UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLUB LEVEL, INC.; and RYAN FILA, a single man,<br><br>       Plaintiffs,<br><br>   v.<br><br>CITY OF WENATCHEE, a municipal corporation; WENATCHEE POLICE DEPARTMENT, an agency of the City of Wenatchee; CHIEF TOM ROBBINS, in his individual capacity as Chief of the Wenatchee Police Department; CAPTAIN KEVIN DRESKER, in his individual capacity as a Captain of the Wenatchee Police Department; SERGEANT CHERI SMITH, in her individual capacity as a Sergeant of the Wenatchee Police Department; and SERGEANT MARK HUSON, in his individual capacity as a Sergeant of the Wenatchee Police Department,<br><br>       Defendants. | No. CV-12-0088-EFS<br><br>**ORDER ENTERING JUDGMENT FOR ATTORNEY FEES** |

  Before the Court, without oral argument, is Defendants' Motion for Entry of Judgment, ECF No. 179. Defendants seek entry of a judgment in the amount of $4,000 for attorney fees Plaintiffs were previously ordered to pay. *See* ECF No. 173. Plaintiffs argue that Defendants' motion is improper because the case file was marked as closed on August 1, 2013.

ORDER ENTERING JUDGMENT FOR ATTORNEY FEES- 1

On July 25, 2013, the Court ordered Plaintiffs to remit $4,000 to Defendants as an award of fees and costs resulting from Plaintiffs' Third Motion to Compel, and ordered that payment be made no later than August 9, 2013. As of August 9, 2013, Plaintiff Fila only remitted a check in the amount of $1,500 against an account which had insufficient funds for the check to clear. To date, the Plaintiffs have not complied with the Court's Order, ECF No. 173. Accordingly, having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause to enter judgment against Plaintiffs in the amount of $4,000. The administrative closure of this file does not diminish the Court's authority to enforce its prior order.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Entry of Judgment, **ECF No. 179**, is **GRANTED.**
2. **Judgment** is to be entered in Defendants' favor as to **Plaintiffs Club Level, Inc. and Ryan Fila**, jointly and severally, in the total amount of **$4,000.00.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  20th  day of September 2013.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Q:\EFS\Civil\2012\88.order.judgment.fees.lc2.docx

ORDER ENTERING JUDGMENT FOR ATTORNEY FEES- 2