# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CLUB LEVEL, INC.; and RYAN FILA, a single man,

*Plaintiff*

v.  Civil Action No. CV-12-088-EFS

CITY OF WENATCHEE, et al.

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Entry of Judgment is granted. Judgment is entered in favor of Defendants against Plaintiffs Club Level, Inc. and Ryan Fila, jointly and severally, in the total amount of $4,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: September 20, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb